NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS MANZO,<br><br>Defendants. | Criminal No.: 09-759 (JLL) 01<br><br><br>ORDER |

Please be advised that oral argument on all pending motions is scheduled for **Friday, January 6, 2012 at 1:30 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

Jose L. Linares,
United States District Judge

Dated: December 1, 2011