NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIS MANZO, <br><br> Defendant. | Criminal Action No.: 2:09cr759-JLL-01 <br><br> **ORDER** |

Pursuant to this Court's Opinion and Order of February 17, 2012, Defendant Louis Manzo ("Defendant")'s Motion to Dismiss the Second Superseding Indictment was granted [Docket Entry Nos. 85, 86]; the Government not having filed an appeal of said Opinion and Order within the requisite thirty (30) days pursuant to Fed. R. App. P. 4(b)(1)(B),

**IT IS** accordingly on this 21 **day of March, 2012**,

**ORDERED** that the Clerk of the Court shall hereby close the above-captioned matter.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge

1