UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Crim. No. 09-759 (JLL) |
| LOUIS MANZO AND RONALD MANZO | : | <u>ORDER</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of New Jersey hereby dismisses the Superseding Indictment against Ronald Manzo that was filed on April 20, 2010 and that charged violations of Title 18, United States Code, Sections 2, 1341, 1951(a) and 1952(a)(3).

This dismissal is without prejudice.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. JOSE L. LINARES
United States District Judge

Date: 5/1/12